UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    *Plaintiff,*

Vs.

Issac Barocas

    *Defendants*

CRIMINAL

HON. Susan D. Wigenton, USDJ

CASE NO. 07-347 (SDW)

ORDER RETURNING PASSPORT

**THIS** matter having been opened to the Court via the Petition of Counsel, Marc E. Leibman, Esq., of Kaufman, Bern, Deutsch & Leibman, LLP attorneys for Issac Barocas, for an Order compelling the return of the Defendant's passport and the United States Attorney, Christopher Christie, by Eric Schweicker, Assistant United States Attorney, having been served notice of said petition, and registering no objection, and the Court having imposed sentence thereby concluding this matter, and for good cause shown,

**IT IS** on this _____ day of _December_, 2008(9);

**ORDERED** that Pre-trial Services shall return the Defendant's passport by mailing same to him at his home address within ten (10) days of the service of this order upon Pre-trial Services.

_____
HON. SUSAN D. WIGENTON, USDJ