vgom
200100078

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :        Criminal No. 07-347

    v.                   :

ISAAC BAROCAS          :

ORDER TO TERMINATE PROBATION

Comes now the defendant Isaac Barocas, by Marc E. Liebman, Esq. with the consent of the Government, (by V. Grady O'Malley Sr. Litigation Counsel) and, without objection from the U.S. Probation Department, seeks the termination of the remainder of his five (5) year probationary period, set by the Court on July 31, 2008, for the following good cause:

1. The above captioned defendant pled guilty on December 14, 2007 to Misprison of a Felony involving an embezzlement from Local 911 of the United Clerical Workers Union; and,

2. He was sentenced on July 31, 2008 to, among other conditions, 5 years probation and the forfeiture of his "defined benefit plan" contributions (approximately $54,000); and

3. The defendant has successfully complied with his conditions of probation for a period of approximately two and one half years;

1

4. The defendant, who is disabled, seeks now to terminate his probationary status and move from Pennsylvania to Florida to be closer to his son and grandson;

5. Federal Probation has indicated that, since Mr. Barocas has been compliant with his probationary conditions, his Probation Officer requires only limited contact from him on a monthly basis. He is presently considered a very low risk for violation. Therefore, the Probation Department has no objection if the Court terminates the remainder of Mr. Barocas' probation term, upon his relocation to Florida.

Accordingly, for all the above reasons and good cause shown, it is ORDERED on this 19th day of January 2011,

That, upon the anticipated relocation of Mr. Barocas to Florida, the remaining probationary sentence and its attendant conditions and obligations will be terminated.

HON. SUSAN D. WIGENTON
Federal District Court Judge